JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK JAMES BUTLER,<br><br>               Petitioner,<br><br>       v.<br><br>RAYMOND MADDEN, Warden,<br><br>               Respondent. | Case No. 5:19-cv-01449-SB (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated:  April 15, 2021

HON. STANLEY BLUMENFELD, JR.
United States District Judge